# EXHIBIT B

Charted Claims:
Method Claim: 21, 22
Non-Method Claim:

| US9986435 | Verkada Pass Mobile App ("The Accused System") |
|---|---|
| 21. A method to perform an action, comprising:<br><br>receiving, by a first device located at a first geographical location, one or more messages that: | The accused system practices a method to perform an action (e.g., unlocking a door, etc.). The accused system practices receiving, by a first device (e.g., Verkada server) located at a first geographical location (e.g., geographical location of an Verkada data centre), one or more messages (e.g., geo-location information messages from a mobile device enabled with Verkada Pass app, messages with location updates from a mobile device enabled with Verkada Pass app).<br><br><br>https://www.verkada.com/access-control/pass/ |



https://www.verkada.com/access-control/pass/

# Verkada Pass Configuration



 

How do users access Verkada Pass?
- As long as you have access to the door, your Command account has an email, and Mobile Access is enabled on your Access account, you will get the ability to log into Verkada Pass

Two types of credentials:
- Bluetooth
  - Will only work with Verkada Readers
- Remote Unlock
  - Does not require Verkada readers, or any reader for that matter
  - Geofence where users can use this feature

https://docs.verkada.com/docs/bluetooth-setup-guide.pdf

3

# Mobile Unlock with GeoFencing

Prevent users from unlocking doors remotely with Mobile Unlock

 Written by **Eden Taitt**
Updated over a week ago

Mobile unlock is an extremely convenient feature for users, allowing them to use the Verkada Pass mobile app to unlock doors. By default, users with Mobile Unlock privileges can unlock doors remotely from anywhere. Depending on your organizational needs, you can also prevent mobile unlocks with Geofencing.

## Setting up GeoFencing

1. Select the **Admin** tab from the left-hand menu (Requires **Access Admin** rights)
2. Select the **Access Control** tab
3. Toggle on **Mobile GeoFencing**
4. Optional: The default unlock distance is set to 500m. You can set the geofence unlock distance to be between 0 and 10,000m

**Note:** The geofence distance is the difference between your phone's location and the address of the access controller of the door you are unlocking (based on the latitude and longitude of the address).

https://help.verkada.com/en/articles/4413522-mobile-unlock-with-geofencing



https://help.verkada.com/en/articles/4413522-mobile-unlock-with-geofencing

Once you have enabled mobile GeoFencing here are the steps that each user needs to take for it to work on the Verkada Pass mobile app.

If you're enabling GeoFencing after users have already logged in and started using the Verkada Pass app, you'll need to take these steps on the user's device to get GeoFencing enforcement working.

1. Go to the doors page and pull down to refresh.



**NOTE:** It can take up to 1 minute for the geofence to go into full effect once enabled.

https://help.verkada.com/en/articles/4413522-mobile-unlock-with-geofencing



https://play.google.com/store/apps/details?id=com.verkada.VerkadaPass



https://play.google.com/store/apps/details?id=com.verkada.VerkadaPass

| indicate location information of a second device located at a second geographical location, and | The accused system practices receiving, at a first device (e.g., Verkada server), a message which indicates location information (e.g., location of mobile device with Verkada Pass app) of a second device located at a second geographical location (e.g., mobile device enabled with Verkada Pass app).<br><br>As shown below, a device enabled with the Verkada Pass app sends location information to a Verkada server which uses the location of user to identify distance from the connected access controller device of a door.<br><br><br><br>https://www.verkada.com/access-control/pass/ |

## Verkada Pass Configuration

❤️ Verkada



How do users access Verkada Pass?
- As long as you have access to the door, your Command account has an email, and Mobile Access is enabled on your Access account, you will get the ability to log into Verkada Pass

Two types of credentials:
- Bluetooth
  - ○ Will only work with Verkada Readers
- Remote Unlock
  - ○ Does not require Verkada readers, or any reader for that matter
  - ○ Geofence where users can use this feature

https://docs.verkada.com/docs/bluetooth-setup-guide.pdf

# Mobile Unlock with GeoFencing

Prevent users from unlocking doors remotely with Mobile Unlock

 Written by **Eden Taitt**
Updated over a week ago

Mobile unlock is an extremely convenient feature for users, allowing them to use the Verkada Pass mobile app to unlock doors. By default, users with Mobile Unlock privileges can unlock doors remotely from anywhere. Depending on your organizational needs, you can also prevent mobile unlocks with Geofencing.

## Setting up GeoFencing

1. Select the **Admin** tab from the left-hand menu (Requires **Access Admin** rights)
2. Select the **Access Control** tab
3. Toggle on **Mobile GeoFencing**
4. Optional: The default unlock distance is set to 500m. You can set the geofence unlock distance to be between 0 and 10,000m

**Note:** The geofence distance is the difference between your phone's location and the address of the access controller of the door you are unlocking (based on the latitude and longitude of the address).

https://help.verkada.com/en/articles/4413522-mobile-unlock-with-geofencing



https://help.verkada.com/en/articles/4413522-mobile-unlock-with-geofencing

Once you have enabled mobile GeoFencing here are the steps that each user needs to take for it to work on the Verkada Pass mobile app.

If you're enabling GeoFencing after users have already logged in and started using the Verkada Pass app, you'll need to take these steps on the user's device to get GeoFencing enforcement working.

1. Go to the doors page and pull down to refresh.



**NOTE:** It can take up to 1 minute for the geofence to go into full effect once enabled.

https://help.verkada.com/en/articles/4413522-mobile-unlock-with-geofencing



https://play.google.com/store/apps/details?id=com.verkada.VerkadaPass



https://play.google.com/store/apps/details?id=com.verkada.VerkadaPass

| | |
|---|---|
| include a request for a first action to be performed by the first device, wherein the request is related to the location information of the second device, wherein the one or more messages are received from the second device, and wherein the location information of the second device acts as authentication to allow the first action to be performed by the first device; and | The accused system practices receiving, at a first device (e.g., Verkada server), a message which includes a request for a first action (e.g., unlocking a door, etc.) to be performed by the first device (e.g., Verkada server), wherein the request is related to the location information of the second device (e.g., location of mobile device with Verkada Pass app), wherein the one or more messages (e.g., a mobile device enabled with Verkada Pass app, messages with location updates from a mobile device enabled with Verkada Pass app) are received from the second device (e.g., the mobile device enabled with Verkada Pass app), and wherein the location information (e.g., location of mobile device with Verkada Pass app) of a second device (e.g., mobile device enabled with Verkada Pass app) acts as authentication to allow the first action (e.g., location information will authenticate unlocking a door, etc.) to be performed by the first device (e.g., Verkada server).<br><br>The location information of the second device (e.g., location of mobile with Verkada Pass app) acts as authentication to allow the first action (e.g., unlocking a door, etc.) because it permits the first device (e.g., Verkada server) to perform the first action (e.g., unlocking a door, etc.). |



https://www.verkada.com/access-control/pass/

17

 

# Verkada Pass Configuration

 

How do users access Verkada Pass?
- As long as you have access to the door, your Command account has an email, and Mobile Access is enabled on your Access account, you will get the ability to log into Verkada Pass

Two types of credentials:
- Bluetooth
  - Will only work with Verkada Readers
- Remote Unlock
  - Does not require Verkada readers, or any reader for that matter
  - Geofence where users can use this feature

https://docs.verkada.com/docs/bluetooth-setup-guide.pdf

18

# Mobile Unlock with GeoFencing

Prevent users from unlocking doors remotely with Mobile Unlock

 Written by **Eden Taitt**
Updated over a week ago

Mobile unlock is an extremely convenient feature for users, allowing them to use the Verkada Pass mobile app to unlock doors. By default, users with Mobile Unlock privileges can unlock doors remotely from anywhere. Depending on your organizational needs, you can also prevent mobile unlocks with Geofencing.

## Setting up GeoFencing

1. Select the **Admin** tab from the left-hand menu (Requires Access Admin rights)
2. Select the **Access Control** tab
3. Toggle on **Mobile GeoFencing**
4. Optional: The default unlock distance is set to 500m. You can set the geofence unlock distance to be between 0 and 10,000m

**Note:** The geofence distance is the difference between your phone's location and the address of the access controller of the door you are unlocking (based on the latitude and longitude of the address).

https://help.verkada.com/en/articles/4413522-mobile-unlock-with-geofencing

19



https://help.verkada.com/en/articles/4413522-mobile-unlock-with-geofencing

Once you have enabled mobile GeoFencing here are the steps that each user needs to take for it to work on the Verkada Pass mobile app.

If you're enabling GeoFencing after users have already logged in and started using the Verkada Pass app, you'll need to take these steps on the user's device to get GeoFencing enforcement working.

1. Go to the doors page and pull down to refresh.



**NOTE:** It can take up to 1 minute for the geofence to go into full effect once enabled.

https://help.verkada.com/en/articles/4413522-mobile-unlock-with-geofencing



https://play.google.com/store/apps/details?id=com.verkada.VerkadaPass



https://play.google.com/store/apps/details?id=com.verkada.VerkadaPass

| performing, based at least on the received one or more messages, by the first device, the authenticated first action that is related to controlling a third device. | The accused system practices performing, based at least on the received one or more messages (e.g., location information update related message), by the first device (e.g., Verkada server), the authenticated first action (e.g., unlocking a door, etc.) that is related to controlling a third device (e.g., Verkada server controls locking, unlocking of the connected access controller device of a door, etc.).<br><br>As shown below, when a user with Verkada app installed and having settings of auto unlock or lock when enters or comes near the certain area of the connected door access controller, the connected device automatically unlocks, locks, or adjusts its settings accordingly.<br><br><br><br>https://www.verkada.com/access-control/pass/ |

# Verkada Pass Configuration

✔ Verkada



How do users access Verkada Pass?
- As long as you have access to the door, your Command account has an email, and Mobile Access is enabled on your Access account, you will get the ability to log into Verkada Pass

Two types of credentials:
- Bluetooth
  - Will only work with Verkada Readers
- Remote Unlock
  - Does not require Verkada readers, or any reader for that matter
  - Geofence where users can use this feature

https://docs.verkada.com/docs/bluetooth-setup-guide.pdf

# Mobile Unlock with GeoFencing

Prevent users from unlocking doors remotely with Mobile Unlock

 Written by **Eden Taitt**
Updated over a week ago

Mobile unlock is an extremely convenient feature for users, allowing them to use the Verkada Pass mobile app to unlock doors. By default, users with Mobile Unlock privileges can unlock doors remotely from anywhere. Depending on your organizational needs, you can also prevent mobile unlocks with Geofencing.

## Setting up GeoFencing

1. Select the **Admin** tab from the left-hand menu (Requires *Access Admin* rights)
2. Select the **Access Control** tab
3. Toggle on **Mobile GeoFencing**
4. Optional: The default unlock distance is set to 500m. You can set the geofence unlock distance to be between 0 and 10,000m

**Note:** The geofence distance is the difference between your phone's location and the address of the access controller of the door you are unlocking (based on the latitude and longitude of the address).

https://help.verkada.com/en/articles/4413522-mobile-unlock-with-geofencing



https://help.verkada.com/en/articles/4413522-mobile-unlock-with-geofencing

Once you have enabled mobile GeoFencing here are the steps that each user needs to take for it to work on the Verkada Pass mobile app.

If you're enabling GeoFencing after users have already logged in and started using the Verkada Pass app, you'll need to take these steps on the user's device to get GeoFencing enforcement working.

1. Go to the doors page and pull down to refresh.



**NOTE:** It can take up to 1 minute for the geofence to go into full effect once enabled.

https://help.verkada.com/en/articles/4413522-mobile-unlock-with-geofencing



https://play.google.com/store/apps/details?id=com.verkada.VerkadaPass



https://play.google.com/store/apps/details?id=com.verkada.VerkadaPass

| 22. The method of claim 21, wherein the second device includes a mobile device. | The second device is a mobile device (e.g., the user's smartphone with Verkada Pass app).<br><br><br><br>https://www.verkada.com/access-control/pass/ |
| --- | --- |

31

## Verkada Pass Configuration

❤️ Verkada



How do users access Verkada Pass?
- As long as you have access to the door, your Command account has an email, and Mobile Access is enabled on your Access account, you will get the ability to log into Verkada Pass

Two types of credentials:
- Bluetooth
  - Will only work with Verkada Readers
- Remote Unlock
  - Does not require Verkada readers, or any reader for that matter
  - Geofence where users can use this feature

https://docs.verkada.com/docs/bluetooth-setup-guide.pdf

32

# Mobile Unlock with GeoFencing

Prevent users from unlocking doors remotely with Mobile Unlock

 Written by **Eden Taitt**
Updated over a week ago

Mobile unlock is an extremely convenient feature for users, allowing them to use the Verkada Pass mobile app to unlock doors. By default, users with Mobile Unlock privileges can unlock doors remotely from anywhere. Depending on your organizational needs, you can also prevent mobile unlocks with Geofencing.

## Setting up GeoFencing

1. Select the **Admin** tab from the left-hand menu (Requires **Access Admin** rights)
2. Select the **Access Control** tab
3. Toggle on **Mobile GeoFencing**
4. Optional: The default unlock distance is set to 500m. You can set the geofence unlock distance to be between 0 and 10,000m

**Note:** The geofence distance is the difference between your phone's location and the address of the access controller of the door you are unlocking (based on the latitude and longitude of the address).

https://help.verkada.com/en/articles/4413522-mobile-unlock-with-geofencing



https://help.verkada.com/en/articles/4413522-mobile-unlock-with-geofencing



Once you have enabled mobile GeoFencing here are the steps that each user needs to take for it to work on the Verkada Pass mobile app.

If you're enabling GeoFencing after users have already logged in and started using the Verkada Pass app, you'll need to take these steps on the user's device to get GeoFencing enforcement working.

1. Go to the doors page and pull down to refresh.

Verkada HQ
Garage Gate
Close
Lead
Opportunity

**NOTE:** It can take up to 1 minute for the geofence to go into full effect once enabled.

https://help.verkada.com/en/articles/4413522-mobile-unlock-with-geofencing

https://play.google.com/store/apps/details?id=com.verkada.VerkadaPass



https://play.google.com/store/apps/details?id=com.verkada.VerkadaPass