# UNITED STATES DISCTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MELLACONIC IP LLC,**<br><br>        Plaintiff,<br>  v.<br><br>**EZLO INNOVATION LTD.,**<br><br>        Defendants. | **C.A. No.: 1:21-cv-01373** |
| **MELLACONIC IP LLC,**<br><br>        Plaintiff,<br>  v.<br><br>**VERKADA, INC.,**<br><br>        Defendants. | **C.A. No.: 1:21-cv-01374** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Andrew S. Curfman of the law firm of Sand, Sebolt & Wernow Co., LPA in Canton, Ohio to represent Mellaconic IP LLC in these matters.

Dated: October 5, 2021                          Respectfully submitted,

                                                CHONG LAW FIRM PA

                                                */s/ Jimmy Chong*
                                                Jimmy Chong (#4839)
                                                2961 Centerville Road, Suite 350
                                                Wilmington, DE 19808
                                                Telephone: (302) 999-9480
                                                Facsimile: (302) 800-1999
                                                Email: chong@chonglawfirm.com

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Andrew S. Curfman of the law firm Sand, Sebolt & Wernow Co., LPA is granted.

Dated: _____                    _____
                                                                                          UNITED STATES DISTRICT JUDGE

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*** 

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Ohio and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with the Court's Local Rules.  In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk's Office.

Dated: October 5, 2021
*/s/ Andrew S. Curfman*
Andrew S. Curfman (OH Bar No. 0090997)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, OH 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: andrew.curfman@sswip.com