### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MELLACONIC IP LLC,**<br><br>   Plaintiff,<br><br>   v.<br><br>**VERKADA, INC.,**<br><br>   Defendant. | Civil Action No.: 1:21-cv-01374-CFC<br><br>**TRIAL BY JURY DEMANDED** |

### STIPULATION AND PROPOSED ORDER
### TO EXTEND TIME TO ANSWER THE COMPLAINT

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff, Mellaconic IP LLC, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action shall be extended an additional forty-five (45) days, up through and including December 6, 2021.

The reason for this extension is to allow Defendant additional time to investigate the allegations of the Complaint. The requested extension should not disrupt the schedule in this case or prejudice any party.

| | |
|---|---|
| Dated: October 14, 2021 | Respectfully submitted, |
| Together with: | CHONG LAW FIRM PA |
| Andrew S. Curfman (*Pro hac vice pending)*<br>SAND, SEBOLT & WERNOW CO., LPA<br>Aegis Tower – Suite 1100<br>4940 Munson Street NW<br>Canton, Ohio 44718<br>Telephone: 330-244-1174<br>Facsimile: 330-244-1173<br>Email: andrew.curfman@sswip.com | */s/ Jimmy Chong*____<br>Jimmy Chong (#4839)<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Telephone: (302) 999-9480<br>Facsimile: (302) 800-1999<br>Email: chong@chonglawfirm.com<br><br>ATTORNEYS FOR PLAINTIFF |

SO ORDERED this____day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE