## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MELLACONIC IP LLC,** | |
| Plaintiff, | Civil Action No.: 1:21-cv-01374-CFC |
| v. | **TRIAL BY JURY DEMANDED** |
| **VERKADA, INC.,** | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Now comes Plaintiff, Mellaconic IP LLC, by and through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(i), and hereby voluntarily dismisses all of the claims asserted against Defendant Verkada, Inc. in the within action WITHOUT PREJUDICE.  Verkada, Inc. has not served an answer or a motion for summary judgment.

Dated: November 3, 2021                     Respectfully submitted,

Together with:                                        CHONG LAW FIRM PA

Andrew S. Curfman (*Pro hac vice*)          */s/ Jimmy Chong_____*
SAND, SEBOLT & WERNOW CO., LPA          Jimmy Chong (#4839)
Aegis Tower – Suite 1100                        2961 Centerville Road, Suite 350
4940 Munson Street NW                          Wilmington, DE 19808
Canton, Ohio 44718                               Telephone: (302) 999-9480
Telephone: 330-244-1174                        Facsimile: (302) 800-1999
Facsimile: 330-244-1173                         Email: chong@chonglawfirm.com
Email: andrew.curfman@sswip.com

                                                          ATTORNEYS FOR PLAINTIFF